```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                          :
UNITED STATES OF AMERICA                  :    22Mag.2591
                                          :
            -v-                           :    ORDER
                                          :
JERRIN PENA, et al.,                      :
                                          :
                Defendants.               :
                                          :
------------------------------------------X
```

DENISE COTE, District Judge:

On March 23, 2022, Magistrate Judge Barbara Moses ordered defendant Jerrin Pena released upon satisfaction of bail conditions. The Government notified the Court of its intent to appeal pursuant to 18 U.S.C. § 3145(a). It is hereby

ORDERED that a conference shall be held in Courtroom 18B, 500 Pearl Street on **March 24, 2022** at **1:00 p.m.** In light of the ongoing COVID-19 pandemic,

IT IS FURTHER ORDERED that all individuals seeking entry to 500 Pearl Street must complete a questionnaire before being allowed entry into the courthouse. **To gain entry to 500 Pearl Street, follow the instructions provided here**:

> https://www.nysd.uscourts.gov/sites/default/files/2020-10/QR%20Sign%20-%20Public_Media_v.5.pdf

IT IS FURTHER ORDERED that all individuals should practice social distancing when possible while in the courthouse. Individuals also must wear a KN94, KN95, or N95 mask that covers

their nose and mouth in the courthouses.  Cloth masks, surgical masks, bandannas, gaiters and masks with valves are prohibited.

SO ORDERED:

Dated:   New York, New York
         March 23, 2022

_____
DENISE COTE
United States District Judge


PART I