**PARKER AND CARMODY, LLP**
ATTORNEYS AT LAW
30 EAST 33RD STREET
6TH FLOOR
NEW YORK, N.Y. 10016

DANIEL S. PARKER
MICHAEL CARMODY
CHRISTINA S. COOPER

TELEPHONE: (212) 239-9777
FACSIMILE: (212) 239-9175
DanielParker@aol.com

March 29, 2022

**By ECF**
Hon. Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: **United States v. Jerrin Pena**
22 Mag 2591

Dear Judge Cote:

I write requesting that the Court relieve me as counsel to Mr. Pena, who has retained Gary M. Kaufman, Esq. to represent him. Mr. Kaufman filed a Notice of Appearance with the Court this evening.

I further request that the Court excuse me from appearing at the bail hearing scheduled for tomorrow at 2 p.m. Mr. Kaufman has advised me that he will be present for the hearing.

Thank you for your immediate attention to this matter.

Respectfully,

Daniel S. Parker

Cc: All counsel (by ECF)

Denied.
Denise Cote
3/30/22