```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                          :
UNITED STATES OF AMERICA                  :    22 Mag. 2591-1
                                          :
            -v-                           :    ORDER
                                          :
JERRIN PENA,                              :
                                          :
                  Defendant.              :
                                          :
------------------------------------------X
```

DENISE COTE, District Judge:

For the reasons set forth on the record, it is hereby

ORDERED that the bail conditions set forth on March 23, 2022, are rescinded and the defendant is remanded into the custody of the U.S. Marshalls to be held pending indictment and trial.

SO ORDERED:

Dated:   New York, New York
         March 30, 2022

                                    _____
                                           DENISE COTE
                                    United States District Judge
                                              PART I